### 12641.  PATTERSON *v.* THE STATE.

A conviction of voluntary manslaughter was authorized.
DECIDED NOVEMBER 16, 1921.

    Conviction of manslaughter; from Chattooga superior court — Judge Wright. June 11, 1921.

    *B. C. Neal, Porter & Mebane,* for plaintiff in error.

    *E. S. Taylor, solicitor-general, J. F. Kelly,* contra.

    LUKE, J. Patterson was convicted of voluntary manslaugher. No error of law upon the trial of the case is assigned. The only complaint of the verdict is upon the ground that the evidence does not authorize the conviction. A careful reading of the entire record shows abundant evidence to authorize the conviction. It was not error to overrule the motion for a new trial.

    *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

---

### 12642.  SHANNON *v.* THE STATE.

BLOODWORTH, J.  1. The only special ground of the motion for a new trial is based upon alleged newly discovered evidence, but no affidavits of movant, counsel, or witnesses are produced, as required by § 6086 of the Civil Code of 1910, and therefore this ground of the motion is so defective that it cannot be considered.

2. The jury passed upon the facts in a trial where no error of law has been pointed out; their verdict was not disturbed by the trial judge and cannot be by this court.

    *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED NOVEMBER 16, 1921.

    Indictment for adultery and fornication; from Pike superior court — Judge Searcy. June 4, 1921.

    *F. L. Adams,* for plaintiff in error.

    *E. M. Owen, solicitor-general,* contra.